[No. 12551–0–II.   Division Two.   September 13, 1990.]

WILLIAM KENNEY, ET AL, *Appellants,* v. THE DEPARTMENT OF NATURAL RESOURCES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86–2–00133–3, Daniel J. Berschauer, J.,

entered December 20, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.